QUALLS & WORKMAN
Daniel H. Qualls (Bar #109036)
Robin G. Workman (Bar #145810)
Aviva N. Roller (Bar #245415)
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028
dan@qualls-workman.com
robin1@qualls-workman.com
aviva@qualls-workman.com

Attorneys for Plaintiffs Lestarea Williams,
Carlos Porro, on behalf of themselves
and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTAREA WILLIAMS, and CARLOS PORRO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>Defendants. | No. 3:13-cv-00146-CRB<br><br>[Sacramento Superior Court Case No. 34-2012-00129307]<br><br>**STIPULATION TO CONTINUE MOTION HEARING DATE** |

Plaintiffs Lestarea Williams and Carlos Porro, through their counsel of record herein, Robin G. Workman of Qualls & Workman, and Defendant WinCo Foods, LLC through its counsel of record herein, Brandon R. McKelvey of Seyfarth Shaw LLP, do hereby stipulate, agree and request issuance of an order thereon as follows:

1. On June 4, 2013, the Court moved the hearing date on Defendant's Motion to Strike Plaintiffs' Class Allegations, or Alternatively, to Deny Class Certification to July 19, 2013, at 10:00 a.m. Counsel for Plaintiff is currently scheduled to out of state on vacation on this date. To

accommodate counsel's schedule, all parties stipulate and agree to continue the hearing date to August 2, 2013, at 10:00 a.m. in Courtroom 6, 17th Floor, of this Court.

DATE: _____     QUALLS & WORKMAN, L.L.P.

By:  /s/ Robin G. Workman
Attorneys for Plaintiffs Lestarea Williams, Carlos Porro, on behalf of themselves and all others similarly situated

DATE: _____     SEYFARTH SHAW, LLP

By:  /s/ Brandan R. McElvey
Attorney for Defendants WinCo, Foods and WinCo Foods, LLC

**ORDER**

IT IS HEREBY ORDERED the hearing on Defendant's Motion to Strike Plaintiffs' Class Allegations, or Alternatively, to Deny Class Certification is continued from July 19, 2013, at 10:00 a.m., to August 2, 2013, at 10:00 a.m.

Dated: June 20, 2013

IT IS SO ORDERED
Judge Charles R. Breyer