1  QUALLS & WORKMAN
   Daniel H. Qualls (Bar #109036)
2  Robin G. Workman (Bar #145810)
   Aviva N. Roller (Bar #245415)
3  177 Post Street, Suite 900
   San Francisco, CA 94108
4  Telephone:  (415) 782-3660
   Facsimile:  (415) 788-1028
5  dan@qualls-workman.com
   robin1@qualls-workman.com
6  aviva@qualls-workman.com

7  Attorneys for Plaintiffs Lestarea Williams,
   Carlos Porro, on behalf of themselves
8  and all others similarly situated

9

10

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  LESTAREA WILLIAMS, and CARLOS           No. 3:13-cv-00146-CRB
15  PORRO, on behalf of themselves and all others
    similarly situated,                     [Sacramento Superior Court Case
16                                           No. 34-2012-00129307]
              Plaintiffs,
17                                           **STIPULATION TO CONTINUE MOTION
                                             HEARING DATE**
18        vs.

19  WINCO FOODS, WINCO FOODS, LLC
    and Does 1 through 50, inclusive,
20
              Defendants.
21

22        Plaintiffs Lestarea Williams and Carlos Porro, through their counsel of record herein, Robin

23  G. Workman of Qualls & Workman, and  Defendant WinCo Foods, LLC through its counsel of

24  record herein, Brandon R. McKelvey of Seyfarth Shaw LLP, do hereby stipulate, agree and request

25  issuance of an order thereon as follows:

26        1.        On June 4, 2013, the Court moved the hearing date on Defendant's Motion to Strike

27  Plaintiffs' Class Allegations, or Alternatively, to Deny Class Certification to July 19, 2013, at 10:00

28  a.m.  Counsel for Plaintiff is currently scheduled to out of state on vacation on this date.  To

accommodate counsel's schedule, all parties stipulate and agree to continue the hearing date to August 2, 2013, at 10:00 a.m. in Courtroom 6, 17th Floor, of this Court.

DATE: _____        QUALLS & WORKMAN, L.L.P.

                                  By:   /s/ Robin G. Workman
                                        Attorneys for Plaintiffs Lestarea Williams,
                                        Carlos Porro, on behalf of themselves and all
                                        others similarly situated

DATE: _____        SEYFARTH SHAW, LLP

                                  By:   /s/ Brandan R. McElvey
                                        Attorney for Defendants WinCo, Foods
                                        and WinCo Foods, LLC

## <u>ORDER</u>

IT IS HEREBY ORDERED the hearing on Defendant's Motion to Strike Plaintiffs' Class Allegations, or Alternatively, to Deny Class Certification is continued from July 19, 2013, at 10:00 a.m., to August 2, 2013, at 10:00 a.m.

Dated:  June 20, 2013

IT IS SO ORDERED

Judge Charles R. Breyer