WORKMAN LAW FIRM, PC
Robin G. Workman (State Bar No. 145810)
robin@ workmanlawpc.com
Aviva N. Roller (State Bar No. 245415)
aviva@workmanlawpc.com
177 Post Street, Suite 900
San Francisco, California 94108
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

Attorneys for Plaintiffs
LESTAREA WILLIAMS and CARLOS PORRO

SEYFARTH SHAW LLP
Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
Christina F. Jackson (SBN 281456)
cfjackson@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
WINCO FOODS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESTAREA WILLIAMS and CARLOS PORRO, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>WINCO FOODS, WINCO FOODS, LLC and Does 1 through 50, inclusive,<br><br>          Defendants. | Case No. 3:13-cv-00146-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Before Hon. Charles R. Breyer<br><br>Complaint filed:  August 2, 2012 |

1
STIPULATION OF DISMISSAL WITH PREJUDICE
22075398v.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be dismissed with prejudice, with all parties to assume their own attorneys' fees and costs, and with all parties waiving all rights of appeal and/or requests for fees or costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  November 9, 2015     WORKMAN LAW FIRM, P.C.

By   /s/ Aviva Roller
    Robin G. Workman
    Aviva N. Roller
Attorneys for Plaintiffs
LESTAREA WILLIAMS and CARLOS PORRO

DATED:  November 9, 2015     SEYFARTH SHAW LLP

By   /s/ Michael W. Kopp
    Kristina M. Launey
    Michael W. Kopp
    Christina F. Jackson
Attorneys for Defendant WINCO FOODS, LLC

ORDER

Pursuant to the parties Stipulation for Dismissal with Prejudice, and for good cause shown, this case is dismissed in its entirety with prejudice.  Each party to bear their own costs and attorney's fees.

DATED: Nov. 10, 2015

The Honorable Charles R. Breyer
United States District Judge